UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SHAFFER, | No. C 13-012 SI (pr) |
| Petitioner, | **JUDGMENT** |
| v. | |
| STATE OF CALIFORNIA; et al., | |
| Respondents. | |

This action is dismissed without prejudice to petitioner filing a petition for writ of habeas corpus in this court after he obtains the necessary order from the Ninth Circuit.

IT IS SO ORDERED.

DATED: March 25, 2013

SUSAN ILLSTON
United States District Judge